IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.

XAVIER LAMAR MOTTLEY (01)

No. 4:25-CR-142-Y

## AGREED EXHIBIT LIST

## GOVERNMENT'S AMENDED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | INDENTIFED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | N/A | Factual Stipulation on Felony Conviction and Knowledge Elements | √ | √ | √ |
| 2. | Lau / Feltz | Sig Sauer P938 Pistol (S/N: 52B157628) | | | |
| 3. | Lau | Footage from Ofr. Lau's Body-Worn Camera (Redacted / Clipped): | | | |
| | | 3a. Airport Segment [0:00:00—0:42:20] | √ | √ | √ |
| | | 3b. Bag Search [1:10:47–1:15:35] | √ | √ | √ |
| 4. | Lau | Transcript of Portions of Footage from Ofr. Lau's Body-Worn Camera | √ | √ | √ |
| 5. | Lau | Photos Taken During Search of Luggage and Encounter | √ | √ | √ |

Agreed Exhibit List -- Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | INDENTIFED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 7. | Feltz | Photos of Firearm Analyzed of Nexus Expert Mark Feltz | √ | √ | √ |
| 22. | Sanchez | Mottley's Texas Department of Public Safety Licensing Records | √ | √ | √ |
| 23. | Hardeman | American Airlines Flight Records Pertaining to Defendant | √ | √ | √ |

## DEFENDANT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | INDENTIFED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Xavier Mottley | Photograph of University of Phoenix Bachelor of Science Degree | √ | √ | √ |
| 2. | Xavier Motley | Photograph of Liberty University Masters of Cybersecurity Science Degree | √ | √ | √ |
| 3. | Xavier Motley | Photograph of University of Phoenix MBA Degree | √ | √ | √ |
| 4. | Xavier Motley | Photograph of Cybersecurity Badge | √ | √ | √ |

**Agreed Exhibit List – Page 2**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | INDENTIFED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 6. | Xavier Motley | Photograph of Taser | √ | √ | √ |
| 7. | Xavier Motley | Photograph of Taser and Holster | √ | √ | √ |
| 8. | Elizabeth Motley | Photograph of backpack | √ | √ | √ |
| 9. | Elizabeth Motley | Photograph of gun case | √ | √ | √ |
| 10. | Elizabeth Motley | Physical Backpack | √ | √ | √ |

Respectfully submitted,

Michael P. Heiskell
State Bar No. 09383700
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-457-2999
Facsimile: 817-496-1102
Email: mheiskell@johnson-vaughn-heiskell.com

Sean D. Colston
State Bar No. 00787268
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
O: 817-457-2999
F: 817-496-1102
Email: sean@colstonrousseaulaw.com

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

ERIC CHEN
Assistant United States Attorney
Texas State Bar No. 24094587
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: eric.chen@usdoj.gov

**Agreed Exhibit List – Page 3**